UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Roxanne Hancock, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

HF Holdings, Inc. et al,

                Defendants.

1:21-cv-01812 (VSB) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (ECF No. 16.) All non-dispositive pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court's Individual Practices, available on the Court's website at http://nysd.uscourts.gov/judge/Aaron.

**SO ORDERED.**

DATED:    New York, New York
                June 4, 2021

                                        STEWART D. AARON
                                        United States Magistrate Judge