UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Roxanne Hancock, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

HF Holdings, Inc. et al,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/5/2021
```

1:21-cv-01812 (VSB) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    No later than Thursday, August 12, 2021, Plaintiff shall file a letter regarding the status of the limited discovery permitted by District Judge Broderick's Order at ECF No. 15.

**SO ORDERED.**

Dated:    New York, New York
          August 5, 2021

_____
STEWART D. AARON
United States Magistrate Judge