```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Roxanne Hancock, on behalf of herself and all others similarly situated,

                          Plaintiff,

      -against-

HF Holdings, Inc. et al,

                         Defendants.

1:21-cv-01812 (VSB) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter dated September 17, 2021. (ECF No. 22.)

This action having been referred to this Court for general pretrial on May 28, 2021 (*see* ECF No. 16), discovery shall be governed by this Court's Individual Practices, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. In particular, discovery disputes are to be raised by Letter-Motion pursuant to Section II thereof; to the extent Plaintiff seeks relief in resolution of a discovery dispute, she is directed to follow the procedure set forth therein.

**SO ORDERED.**

Dated:    New York, New York
           September 17, 2021

                                                             _____
                                                             STEWART D. AARON
                                                             United States Magistrate Judge